528

**No. 43950.**—Protest 945021–G of Wm. Shaland (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of animals in chief value of fur similar to those the subject of Abstract 41823. The claim at 50 percent under paragraph 1519 was therefore sustained.

**No. 43951.**—Protest 963634–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 41823 fur cats were held dutiable at 50 percent under paragraph 1519 as claimed.

### BEFORE THE SECOND DIVISION, JUNE 14, 1940

**No. 43952.**—Protests 738267–G, etc., of W. R. Zanes & Co. (Galveston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

### BEFORE THE THIRD DIVISION, JUNE 14, 1940

**No. 43953.**—Petition 5997–R of Meccano Co. of America, Inc. (New York).

Opinion by CLINE, J. The petition was dismissed.

### BEFORE THE FIRST DIVISION, JUNE 17, 1940

**No. 43954.**—Protests 988102–G, etc., of Vegex Inc. (New York).

Opinion by BROWN, J. From the testimony and the classification of the collector it was found that the merchandise in question is an inedible drug containing no alcohol. The claim for free entry under paragraph 1669 was sustained.

**No. 43955.**—Protests 999931–G, etc., of S. H. Kress & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of inflatable animals composed in chief value of india rubber. The claim at 25 percent under paragraph 1537 was sustained on the authority of Abstract 41517.

**No. 43956.**—Protest 993385–G of Blefeld & Goodfriend (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of glass mirrors the same as those passed upon in *Blefeld-Goodfriend* v. *United States* (1 Cust. Ct. 24, C. D. 7). The claim at 50 percent under paragraph 230 (b) was therefore sustained.